O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY HAGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN BERNARDINO, *et al.*,<br><br>　　　　　Defendants. | Case No. ED CV 11-1765 CAS (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendants' Motion for Judgment on the Pleadings ("Motion"), the Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the Report and Recommendation ("Objections"), and the remaining record.

Plaintiff's Objections generally reiterate the arguments made in the Second Amended Complaint and the Opposition to Defendants' Motion, and lack merit for the reasons set forth in the Report and Recommendation.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted.
2. Judgment be entered dismissing this action with prejudice as to Plaintiff's federal claims.
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and they are hereby dismissed without prejudice.
4. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: October 24, 2013

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE