JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY HAGER, | Case No. ED CV 11-1765 CAS (JCG) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF SAN BERNARDINO, *et al.*, | |
| Defendants. | |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the above-captioned action is **DISMISSED** as follows:

1. Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**.
2. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims, and they are **DISMISSED WITHOUT PREJUDICE**.

DATED: October 24, 2013

*/s/ Christina A. Snyder*
_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE